USCA1 Opinion

 

 May 9, 1994 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-2269 UNITED STATES OF AMERICA, Appellee, v. JUVENAL GRAJALES, Defendant, Appellant. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ _________________________ Before Selya, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ _________________________ Edward J. Romano, with whom John F. Cicilline was on brief, _________________ _________________ for appellant. Margaret E. Curran, Assistant United States Attorney, with ___________________ whom Edwin J. Gale, United States Attorney, and Lawrence D. _______________ ____________ Gaynor, Assistant United States Attorney, were on brief, for ______ appellee. _________________________ _________________________ Per Curiam. Having carefully reviewed the record, the Per Curiam. __________ briefs, and the matters raised at oral argument, we conclude that no hint of error appears. Accordingly, we summarily affirm the defendant's conviction and the sentence imposed by the district court. See 1st Cir. Loc. R. 27.1; see also United States v. ___ ___ ____ _____________ Ruiz-Garcia, 886 F.2d 474, 477 (1st Cir. 1989). ___________ Affirmed. Affirmed. ________ 3